```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA HARTER, #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    SAGE KAVENY
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorneys for Defendant
 8  JOHNNY VILLALOVOZ

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,      ) 2:11-CR-00524-EFB
15                                 )
                  Plaintiff,       )
16                                 ) STIPULATION TO VACATE THE TRIAL
         v.                        ) CONFIRMATION HEARING AND RESET
17                                 ) THE JURY TRIAL FOR A CHANGE OF
    JOHNNY VILLALOVOZ,             ) PLEA
18                                 )
                  Defendant.       )
19                                 ) Date:  January 23, 2012
    _____  )        February 7, 2012
20                                   Time:  9:30 a.m.
                                     Judge: Edmund F. Brennan
21

22

23       The United States Attorney through his respective counsel, Justin

24  Lee, Special Assistant United States Attorney, and Linda Harter,

25  Attorney for JOHNNY VILLALOVOZ, hereby stipulate to vacate the trial

26  confirmation hearing set for January 23, 2012 at 9:30am and to reset

27  the jury trial scheduled for February 7, 2012 at 9:30am for a change of
```

plea.

Accordingly, the parties jointly request that a change of plea hearing be scheduled for February 6, 2012 at 10:00am before Magistrate Judge Edmund F. Brennan.

Dated: January 19, 2012          Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for JOHNNY VILLALOVOZ

Dated: January 19, 2012          BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

## O R D E R

**THE TRIAL CONFIRMATION DATE OF JANUARY 23, 2012 IS VACATED, AND THE JURY TRIAL DATE OF FEBRUARY 7, 2012 IS RESET FOR A CHANGE OF PLEA ON FEBRUARY 6, 2012 AT 10:00AM.**

**IT IS SO ORDERED.**

DATED: February 1, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE